AFFIDAVIT OF SERVICE

UNITED STATES DISTRICT COURT
SOUTHERN DITRICT OF NEW YORK

CASE NUMBER: 08 CIV 6159

----------------------------------------------------------------------- X

MARCOS ARAUJO-CORREA,
Plaintiff,

vs

CARL RUSSO, MARIA VIRGINIA SANABRIA ZABALA, et al,
Defendants.

----------------------------------------------------------------------- X

Attorney for the Plaintiff:   Law Office of William Cafaro
19 West 44th Street, Suite 1500
New York, New York 10036

**Received by Jonathan Levy on the 21st Day of July 2008 at 3:30 p.m.** to be served upon Defendant, Carl Russo located at 335 N.E. 29th Street, Boca Raton, Florida 33431

**I, Jonathan Levy, being duly sworn, depose and say that on the 29th Day of July 2008 at 5:12 p.m. served** this Summons, Civil Coversheet and Complaint in the manner stated below:

**AFFIXED "NAIL AND MAIL" SERVICE:** After making seven attempts at service and confirming the designated address, with a US Postal Worker delivering mail, as that of Carl Russo said documents were posted upon the entrance door.

**Attempts made prior to posting** were as follows: 7/22/2008; 8:00 a.m., 7/23/2008; 10:15 a.m. & 3:40 p.m., 7/24/2008; 8:45 p.m. & 10:50 p.m., 7/26/2008; 9:05 a.m., 7/28/2008; 11:40 a.m. and 7/29/2008' 5:20 p.m.

**Mailing:** A mailing of an exact copy of all service documents was made in a plain envelope marked personal and confidential only. There were no other markings on the envelope other then my return address. The mailing took place on July 30, 2008 with Boca Raton Florida at a US Postal Depository.

I declare under penalty of perjury under the laws of the United States of America and that the foregoing information contained in this Proof of Service is true and correct.

_____
Jonathan Levy
Certified Process Server
Court Issued License Number: 887 C.P.S.
Palm Beach County, Florida

NOTARY PUBLIC-STATE OF FLORIDA
Lynne Gewant
Commission # DD610026
Expires: OCT. 30, 2010
BONDED THRU ATLANTIC BONDING CO., INC.

Agency For Civil Enforcement Corporation
www.AceFLA.com
561. 447. 7638
Transaction Number: 88114A