**AFFIDAVIT OF SERVICE**

UNITED STATES DISTRICT COURT
Southern District of New York

Index Number: 08 CIV 6159                                    Date Filed: 7/7/2008

Plaintiff:
**Marcos Araujo-Correa**

vs.

Defendant:
**Carl Russo, Et Al**

Received these papers to be served on **Maria Virginia Sanabria Zabala a/k/a Virginia Russo, Empire Maintenance Services, Inc., 111 N. Central Ave, Suite 465, Hartsdale, NY 10530**.

I, Gina Perriello, being duly sworn, depose and say that on the **7th day of August, 2008** at **11:39 am, I:**

served a **SUITABLE AGE PERSON** by delivering and leaving a true copy of the **Summons In A Civil Action and Complaint** with **Alan Renanos, Co-Worker** at **Empire Maintenance Services, Inc., 280 N. Central Ave, Suite 465, Hartsdale, NY 10530**, the said premises were verified by said individual as being the defendant's place of **Business.**.  Deponent completed service by mailing a true copy of the said documents in a postpaid envelope addressed to **Empire Maintenance Services, Inc., 280 N. Central Ave, Suite 465, Hartsdale, NY 10530** and bearing the words "Personal & Confidential" by First Class Mail on **8/7/2008** and placed in an official depository of the U.S.P.S. in the State of New York.  The envelope did not indicate on the outside thereof, by return address or otherwise, that the communication was from an attorney or concerned an action against the defendant.

**Military Status:** Based upon inquiry at given address, defendant is not in the military service or financially dependant upon anyone who is in the military service of the United States of America or of the State of New York in any capacity.

**Description** of Person Served:  Age: 32,  Sex: M,  Race/Skin Color: Hispanic,  Height: 5'8",  Weight: 145,  Hair: Brown,  Glasses: N

State of New York, County of Westchester, ss: I certify that the above information is accurate and true.  I am not a party to the action, am over the age of 18 and reside in the State of New York.

Sworn to before me on the 7th day of August, 2008

_____
NOTARY PUBLIC

ELLEN EAKLEY
Notary Public, State of New York
No. 01EA5085889
Qualified in Westchester County
Commission Expires Sept. 29,

_____
Gina Perriello

Our Job Serial Number: 2008006599

Service Fee: _____

Copyright © 1992-2006 Database Services, Inc. - Process Server's Toolbox V6.2w